**Joaquin Leso FERNANDEZ, Petitioner–Appellant,**

v.

**James A. HARTLEY, Respondent–Appellee.**

No. 10–56012.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 11, 2011.

Joaquin Leso Fernandez, Blythe, CA, pro se.

Matthew Mulford, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

California state prisoner Joaquin Leso Fernandez appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Fernandez contends that there was insufficient evidence to sustain his conviction of second degree murder as the natural and probable consequence of the assault on the victim. We conclude that the state court's decision rejecting this claim was not contrary to or an unreasonable application of clearly established federal law. *See* 28 U.S.C. § 2254(d); *see also Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

**AFFIRMED.**